AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

John Robert Ross
DOB: 1963
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 18, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

Send to the US Secret Service a registered letter, via the US Postal Service, that detailed his intent to assassinate the President of the United States.

On 02/21/2006, the defendant sent an e-mail, via the internet to a US Marine Corps Captain assigned with hmx-1 helicopter division. This e-mail detailed the defendants intent to shut down a Marine helicopter and assassinate the President of the United States.

in violation of Title __18__ United States Code, Section(s) __871__.

I further state that I am __Kimberly Hardin, Special Agent with the United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

AUSA, Denise Cheung   (202) 307-2845
Sworn to before me and subscribed in my presence,

Signature of Complainant
Kimberly Hardin, Special Agent
United States Secret Service

_____          at    __Washington, D.C.__
Date                                        City and State

_____          _____
Name & Title of Judicial Officer          Signature of Judicial Officer