# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## JOHN ROBERT ROSS

I, Kimberly A. Hardin being duly sworn, depose and say:

I am a Special Agent (hereafter "SA") with the United States Secret Service (hereafter "USSS") and have been employed by the USSS since March 11, 2002. I have received formal training in regards to the investigation of threats directed towards persons protected by the USSS. I was formally trained as a Criminal Investigator at the Federal Law Enforcement Training Center in Glynco, Georgia, and as a Special Agent at the USSS's James J. Rowley Training Center in Beltsville, Maryland.  During my tenure, I have investigated cases involving fraud, identity theft, and counterfeit negotiable instruments, and cases involving threats directed towards the President of the United States and other persons protected by the USSS, including violations of 18 USC § 871.

The information contained in this affidavit is based on: 1) personal knowledge and observations made by me during the course of this investigation; 2) information conveyed to me by other law enforcement officials and other witnesses; and 3) my review of documents sent by electronic means and documents sent through the United States Postal Service.  Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not set forth each and every fact I know regarding this investigation.  This affidavit contains information necessary to support probable cause for a criminal complaint charging that John Robert Ross (hereinafter "ROSS") did, on or about February 18, 2006, mail a letter using the United States Postal Service, threatening the life of President George Walker Bush, in Washington D.C., in violation of 18 USC § 871(a) as follows:

On February 18, 2006, a letter was mailed to the USSS, 245 Murray Drive, Building 410, Washington D.C. 20233, via the United States Postal Service, Certified Mail, receipt number 7005 1820 0006 6192 1307, postmarked February 18, 2006, Washington, D.C.

The letterhead on the aforementioned letter is as follows:

"John Robert Ross
PO Box 50714
Washington, D.C. 20091
john_robert_ross@yahoo.com"

The letter contains the following threats:

" re: intent to kill the 43rd President of the United States of America, George Walker Bush"

" Notwithstanding his likeability, charisma, and the fact that he is such a great entertainer, and notwithstanding the fact I was fortunate enough to hear his father speak, while I was an undergraduate at the University of Southern California, I have determined to kill the 43rd President of the United States of America, George Walker Bush. George Walker Bush is a Nigger-lover, a faggot-lover, and a Jews' puppet, the son of a Jews' puppet, the grandson of a Jews' puppet, and a traitor to his race. It is not the case that I intend to kill him tomorrow I would more likely attempt to kill him next year, during the third year of his second term, perhaps in February or in November."

"What do you think about the importation of a biological agent to the White House during a tour? But then, it would be as if I had already let the right hand know what the left hand is doing, the occulted new Testament reference to Jesus as Asclepios (i.e., Ophiuchus) and his left hand, Nitax-Bat."

The letter was signed "John Ross."

On February 21, 2006, an e-mail was sent from "john ross[john_robert_ross@yahoo.com]", to Captain Casey Taylor, United States Marine Corps. Captain Taylor is a member of Marine Corps unit responsible for operating the presidential helicopters. The following are quotations from the e-mail:

"Subject: Marine One"

"I have determined to kill the 43rd President of the United States of America, George Walker Bush. George Walker Bush is a Nigger-lover, a faggot-lover, and a Jews' puppet, the son of a Jews' puppet, the grandson of a Jews' puppet, and a traitor to his race."

"Failing that, I have determined to bring down one of the Presidential helicopters."

"For more details, please refer to the letter which I mailed to the United States Secret Service on Saturday. That letter does not mention Marine One. That letter was mailed from the post office at the intersection of Mass. Ave. and N. Capitol in N.W. D.C. It was sent certified mail, return receipt. It should arrive today. The certified mail receipt is number 7005 1820 0006 6192 1307. It was sent to the Secret Service at 245 Murray Dr., Bldg. 410, Wash. DC, 20223. Please advise your Commanding Officer, Colonel Andrew W. O'Donnell, of your receipt of this e-mail."

"My name is John Robert Ross, DOB January 13, 1963. Permanent residence: 1715 N. 10th St., Arkansas City, KS 67005. Son of Robert Eugene Ross, who resides at the above address."

"Best Regards,
John Robert Ross"

On March 13, 2006, ROSS was located at the Library of Congress, 101 Independence Avenue, SW, Washington, DC. ROSS consented to speak with this affiant. During the interview, ROSS admitted to authoring the letter and e-mail. ROSS provided a copy of the registered mail receipt from the United States Postal Service. This receipt matched United States Postal Service, Certified Mail, receipt number 7005 1820 0006 6192 1307, post marked February 18, 2006, Washington, D.C.

Based on the aforementioned, this Affiant, respectfully submits that there is probable cause to believe that ROSS is in violation of 18 U.S. Code § 871(a).

As a result of the above, this Affiant respectfully requests that an arrest warrant be issued for JOHN ROBERT ROSS.

_____
Kimberly Hardin, Special Agent
U.S. Secret Service
Washington Field Office

Subscribed and sworn to before me this ____ day of March 2006.

_____
United States Magistrate Judge