UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.

JOHN ROBERT ROSS

Magistrate No. 06-115

### GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the court that the above captioned matter is assigned to Assistant United States Attorney Denise Cheung, and submits this notice of her appearance in this matter on behalf of the United States in substitution of Assistant United States Attorney Angela George.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Denise Cheung
Assistant United States Attorney
D.C. Bar Number 451714
National Security Section
555 4th Street, N.W. – Room 11-443
Washington, D.C. 20530
(202) 307-2845
(202) 307-6059 (facsimile)
denise.cheung@usdoj.gov