UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-115M (JMF) |
| : | |
| JOHN ROSS, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR TRANSFER OF DEFENDANT
TO THE CORRECTIONAL TREATMENT FACILITY**

Defendant, John Ross, through undersigned counsel, respectfully moves this Court for an order transferring him to the Correctional Treatment Facility. As grounds, Mr. Ross states:

On March 14, 2006, Mr. Ross first appeared before Magistrate Judge Facciola where Mr. Ross is charged by criminal complaint with Threats Against the President, in violation of 18 U.S.C. § 871. As the Court may recall from his first appearance, Mr. Ross requested that he be held at the Correctional Treatment Facility at which time the Court granted his request. However, Mr. Ross was not transferred to the Correctional Treatment Facility and has subsequently encountered significant medical issues that require immediate attention. In light of these issues, in addition to the oral request made on Mr. Ross' behalf at a status hearing held on April 18, 2006, Mr. Ross respectfully requests that he be transferred to the Correctional Treatment Facility, whereby Mr. Ross would adequately receive the medical help that he requires. Government counsel has no objection to this request.

Wherefore, defendant John Ross requests this Court to order his transfer.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500