UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-115M (JMF) |
| : | |
| JOHN ROSS, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon motion of Defendant John Ross, it is hereby ORDERED that

1. Defendant Ross should be transported to the Correction Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant Ross' D.C.D.C. number is 309679 and his date of birth is 1/13/66.

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Denise Cheung, AUSA
555 4th Street, N.W.
Washington, D.C. 20530

Dani Jahn, AFPD
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

United States Marshal's Service